## NOTICES

In view of the existence of a vacant position on the Court, notice is hereby given that the Chief Judge has called upon Senior Judge Charles E. Erdmann to perform judicial duties in the above-referenced case, and that Senior Judge Erdmann has consented to perform judicial duties in said case under Article 142(e)($l$)(A)(ii), Uniform Code of Military Justice, 10 U.S.C. § 942(e)($l$)(A)(ii) (2012).

## U.S.

### v.

### Jeff A. GODFREY

### No. 17-0538/AR

U.S. Court of Appeals for the Armed Forces.

August 2, 2017

CCA 20150400

## DAILY JOURNAL

Petitions for Grant of Review Filed

## U.S.

### v.

### Koda M. HARPOLE

### No. 17-0171/CG

U.S. Court of Appeals for the Armed Forces.

August 3, 2017

CCA 1420

## DAILY JOURNAL

Interlocutory Orders

On consideration of Appellee's motion for leave to file a corrected joint appendix, said motion is granted.

## U.S.

### v.

### Robert L. HONEA III

### No. 17-0347/AF

U.S. Court of Appeals for the Armed Forces.

August 3, 2017

CCA 38905

## DAILY JOURNAL

Interlocutory Orders

On consideration of Appellant's consent motion to unseal Appellant's brief and volume 2 of the joint appendix, said motion is granted.